```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 39788
   ARNITA SINGLETON
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-1075

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 10/26/2004 and was confirmed 03/09/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was paid in full 06/09/2008.
-------------------------------------------------------------------------------
                                                    INTEREST       PRINCIPAL
CREDITOR NAME              CLASS         CLAIM AMOUNT     PAID          PAID
-------------------------------------------------------------------------------
MIDWEST TITLE LOANS        SECURED          2496.00      332.98       2496.00
UNITED AUTO CREDIT CORP    SECURED          8775.00     1172.07       8775.00
UNITED AUTO CREDIT CORP    UNSECURED        4318.74        .00         431.87
ZALES CREDIT PLAN          SECURED NOT I     250.00        .00            .00
ECAST SETTLEMENT CORP      UNSECURED         604.33        .00          60.43
BURDYKE INVESTMENT & MAN   UNSECURED       NOT FILED       .00            .00
CHRSIT HOSPITAL            UNSECURED       NOT FILED       .00            .00
CHRSIT HOSPITAL            UNSECURED       NOT FILED       .00            .00
CITY OF CHICAGO PARKING    UNSECURED         450.00        .00          45.00
AT & T BANKRUPCTY          UNSECURED         258.13        .00          25.81
SPRINT                     UNSECURED       NOT FILED       .00            .00
ROUNDUP FUNDING LLC        UNSECURED        1611.98        .00         161.20
AMERICASH LOANS LLC        UNSECURED         930.60        .00          93.06
MIDWEST TITLE LOANS        UNSECURED         973.31        .00          97.33
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     2,280.20                   2,280.20
TOM VAUGHN                 TRUSTEE                                      979.66
DEBTOR REFUND              REFUND                                       326.60

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE               17,277.21

PRIORITY                                              .00
SECURED                                         11,271.00
   INTEREST                                      1,505.05
UNSECURED                                          914.70
ADMINISTRATIVE                                   2,280.20
TRUSTEE COMPENSATION                               979.66
DEBTOR REFUND                                      326.60
                                        ---------------  ---------------

                  PAGE   1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 39788 ARNITA SINGLETON
```

```
TOTALS                                 17,277.21          17,277.21
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                 /s/ Tom Vaughn
Dated: 09/25/08                  _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE
```